■ MATTIE GARVIN, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [846 NYS2d 578]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered July 31, 2006, which denied plaintiff's motion to compel depositions and granted defendant's cross motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The court granted plaintiff a 30-day extension of time, in October 2004, to file a late notice of claim, but she never availed herself of that opportunity. Since more than a year and 90 days elapsed from the occurrence upon which plaintiff's personal injury lawsuit is based, the motion court was without authority to correct her second omission (see General Municipal Law § 50-e [5]; Public Housing Law § 157 [2]; Hall v City of New York, 1 AD3d 254 [2003]).

We have considered plaintiff's remaining arguments and find them without merit. Concur—Marlow, J.P., Nardelli, Williams and McGuire, JJ.

■ ELITE 29 REALTY LLC, Respondent, v GEORGE PITT et al., Defendants, and LOPEZ KNUDSEN INC. et al., Appellants. [846 NYS2d 579]—Order, Supreme Court, New York County (Thomas A. Stander, J.), entered February 20, 2007, which denied the motion of the Lopez Knudsen defendants-appellants to vacate a prior stipulation of settlement, unanimously affirmed, with costs.

This is the second time these defendants have sought review by this Court of their effort to vacate a settlement agreement they had entered into in open court, after extensive negotiations. We have already considered their arguments and rejected them (39 AD3d 264 [2007]). Concur—Marlow, J.P., Nardelli, Williams and McGuire, JJ.